DEAN and CHAMBERLAIN *against* ALLEN.

In an action for *deceit,* before a justice, a plea of a former suit by the defendant against the plaintiff on a *contract,* in which the present plaintiff neglected to set off his demand, is no bar.

IN error, on *certiorari,* from a justice's court.

The plaintiffs in error brought an action of *deceit* against *Allen,* for delivering whiskey, by false measure, and for fraudulently, in their absence, using their distillery and wood.

The defendant pleaded a former suit and recovery, in bar, commenced by him against the plaintiffs, on a *contract,* in which suit the plaintiffs ought to have set off their demand. There was a demurrer to the plea, on which the justice gave judgment for the defendant.

*Per Curiam.* This action was for a *tort*, and not on any *contract* expressed or implied. *Deceit* was the *gist* of the action, and it could not have been joined with a count in *assumpsit*. (1 *Johns. Rep.* 503.) The former judgment was no bar, because this cause of action could not have been set off in the former suit, and the judgment below must be reversed.

Judgment reversed.